## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**JEFFREY GATLIN**                                                              **PLAINTIFF**

**VS.**                                                      **CIVIL ACTION NO. 4:06cv81LA**

**DRILLING SERVICES, INC.,**
**MITCHAM INDUSTRIES, INC. AND**
**ACE INDEMNITY INSURANCE COMPANY**                         **DEFENDANTS**

## ORDER

This matter came before the court on the presentation of an Amended Scheduling Order, which the parties have requested that the court enter.  The Order does not alter the trial or pretrial dates, but extends the deadlines for expert designation, discovery, and motions.  Because the pretrial conference is set for June 11, 2007, however, the Order cannot be entered as submitted, particularly with regard to the proposed extension of the motion deadline.  Given the response and rebuttal time permitted by the court, motions take approximately thirty calendar days to fully brief, if no party seeks an extension.  Extending the motion deadline to April 30, 2007, would mean that any dispositive motion filed would not likely be fully briefed until shortly before the pretrial conference, which would not give the District Judge ample time to consider it.

Moreover, the parties have not submitted a motion explaining the need for the extensions, other than the parties' agreement that it should be done.  Therefore, the proposed Amended Scheduling Order will not be entered at this time.  However, this does not preclude the parties from filing a motion explaining the need for an extension of the current deadlines.  In so doing, the parties may seek a continuance of the trial date, which will be considered by the court.

IT IS, THEREFORE, ORDERED that the Case Management Plan Order will not be amended at this time.

IT IS SO ORDERED, this the 14th day of December, 2006.


                                      S/Linda R. Anderson
                          UNITED STATES MAGISTRATE JUDGE