IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI, EASTERN DIVISION

JEFFREY GATLIN,                                                    PLAINTIFF

vs.                                                    Civil Action No.  4:06cv81-TSL

DRILLING SERVICES, INC.
MITCHAM INDUSTRIES AND
ACE INDEMNITY INSURANCE COMPANY,                      DEFENDANTS

### ORDER OF DISMISSAL

This Court has before it the parties' Joint Stipulation of Dismissal with

Prejudice.  Finding that the Stipulation is well taken, this Court hereby ORDERS,

ADJUDGES and DECREES that this case is hereby dismissed with prejudice.

Each party is to pay its own costs.

Done this the 25th  day of        April             , 2007.

 /s/Tom S. Lee
U.S. District Judge

AGREED AND APPROVED:

/s Brett W. Robinson
Attorney for Plaintiff

/s Joshua H. Threadcraft
Attorney for Defendant Indemnity

Insurance Company of North America
/s Frank D. Montague, Jr.

Frank D. Montague, Jr.
Attorney for Drilling Services, Inc. and
Mitcham Industries, Inc.